## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
|    Plaintiff, | : | |
| VS. | : | Docket No. 3:20CV504 |
| THE NANO GROUP, INC., INFRAMAT CORPORATION, U.S. NANOCORP, INC., And INFRAMAT ADVANCED MATERIALS, LLC, | : : | |
| | : | |
|    Defendants. | | April 15, 2020 |

## APPLICATION ON CONSENT
## FOR ENTRY OF JUDGMENT

Pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, the United States, with the consent of the Defendants, The Nano Group, Inc., Inframat Corporation, U.S. Nanocorp, Inc., and Inframat Advanced Materials, LLC, hereby respectfully apply for the entry of judgment in favor of the United States in the amount of $436,050.00, plus interest, pursuant to the Parties' Settlement Agreement in this action.

On November 12, 13, 16 and 20, 2012, the Parties executed and thereby entered into a Settlement Agreement resolving the United States' claims against the Defendants under the federal False Claims Act, as amended, 31 U.S.C. §§ 3729-3733.  A copy of the Settlement Agreement is attached hereto as Exhibit A, which includes Attachment 1 to the Settlement Agreement, setting forth an installment payment schedule.  Pursuant to the Settlement Agreement, the Defendants agreed to the entry of a Security Interest Agreement and Stipulated Judgment in the amount of $436,050.00, plus interest, in the event of a default on the installment

payment schedule. A copy of the Security Interest Agreement is attached hereto as Exhibit B and a copy of the Stipulated Judgment is attached hereto as Exhibit C.

Paragraph 3(a) of the Stipulated Judgment states:

> If any of the Installment Payments or the Balloon Payments is not made within fifteen (15) days of the date on which it is due, then The [Defendants] will be deemed to be in default, and The [Defendants] will have an additional fifteen (15) days, after the date on which written notice is sent by certified mail to The [Defendants] by the United States, to cure the default before the unpaid balance outstanding on the Installment Payments and the Balloon Payment will immediately become due and payable by The [Defendants].

Paragraph 5 of the Stipulated Judgment states:

> The United States and the [Defendants] further agree that the Stipulated Judgment will be held in escrow by the United States, to be filed with the Court only in the event of a default pursuant to paragraph 3 above, which filing shall be accompanied by an affidavit from the United States identifying the instance(s) of default; that notice of the default, if required, was given under the terms of this Stipulated Judgment; that the default was not cured, if applicable, within fifteen (15) day following notice; and that the amount of the remaining unpaid balance of the Installment Payments and/or the Balloon Payment is owed under this Stipulated Judgment.

In accordance with the installment payment terms of the Settlement Agreement, Defendants commenced payments to the United States in January 2013, but then defaulted upon the payment terms as of July 10, 2015.  *See Declaration of Denise Jakubisyn*, filed herewith.

Pursuant to the terms of the Settlement Agreement and Stipulated Judgment and in light of the Defendants' default and failure to make payments beginning July 10, 2015, the United States exercised its rights under the Settlement Agreement and Stipulated Judgment and filed a complaint in a case styled *United States v. The Nano Group, et al.* Docket No. 3:20CV504, and the Parties' Stipulated Judgment.  The United States respectfully requests that the Court enter judgment in favor of the United States and

against all Defendants, in the amount of $436,050.00, plus interest, pursuant to the terms of the Settlement Agreement and Stipulated Judgment.

                Respectfully submitted,

                John H. Durham
                United States Attorney

                    /s/

                Christine Sciarrino
                Assistant United States Attorney
                United States Attorney's Office
                157 Church Street, 23rd Floor
                New Haven, CT   06510
                (203) 821-3780/Fax: (203) 773-5392
                Federal No. CT03393
                Email: Christine.Sciarrino@usdoj.gov

Certification

I hereby certify that on April 15, 2020, a copy of the foregoing Application was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/
Christine Sciarrino
Assistant United States Attorney