

**United States Department of Justice**

*United States Attorney*
*District of Connecticut*

---

*Connecticut Financial Center*  (203) 821-3700
*157 Church Street, 25th Floor*  Fax (203) 773-5376
*New Haven, Connecticut  06510*  www.justice.gov/usao-ct



February 24, 2020

The Nano Group, Inc.
Inframat Corporation
U.S. Nanocorp, Inc.
Inframat Advanced Materials, LLC
151 Progress Drive
Manchester, Connecticut  06048

Re:   *In Re: Nano Group, Inc., et al.*

Dear Gentlemen:

    Please recall the enclosed Settlement Agreement, Security Interest Agreement, and Stipulated Judgment that were entered into with this Office.  *See* enclosed copies.  The terms of the Settlement Agreement included payment to the United States of a total of $436,050.00, plus interest.  Payments were required to be made in monthly installments during the period of January 2013 through December 2017.  Payment was secured by the Security Interest Agreement, which granted the United States a security interest in each company's Accounts Receivables.  Our records show that a total of only $162,666.80 was paid, and that the last payment was received on June 9, 2015.  Thus, a default of the terms of payment agreement has occurred and this letter hereby provides notice of that default, and is also a demand for immediate payment of the remaining balance.

    In the event that payment in full is not made to the United States within fifteen (15) days from the date of this letter, the United States demands that the Nano Group, Inc., Inframat Corporation, U.S. Nanocorp, Inc. and Inframat Advance Materials, LLC each provide their respective annual financial reports for the last three years, including the Statement of Financials (Balance Sheets), Statement of Comprehensive Income (Profit & Loss Statements), Statement of Changes in Equity, and Statement of Cash Flow.  You will also find enclosed a Financial Statement for each company to complete and return to the undersigned.

If the amount of the debt is disputed, or you would like to resolve this matter, please call me immediately to arrange a conference. I may be reached directly at (203) 821-3780. If I do not hear from you within fifteen days of the date of this letter, we will assume that you are not interested in resolving this matter and will proceed with litigation.

Very truly yours,

John H. Durham
United States Attorney

Christine Sciarrino
Assistant United States Attorney

CLS:
Enclosures