In Re: The Nano Group, Inc., et al.

U.S. Attorney's Office, District of Connecticut

Civil No. 2005V01260

## STIPULATED JUDGMENT

This Stipulated Judgment is entered into among the United States of America, acting through the United States Department of Justice and on behalf of the United States Department of Defense, Department of the Air Force; the United States Department of Health & Human Services ("HHS"); the National Science Foundation ("NSF"); and the United States Department of Labor ("DOL") (collectively the "United States"), and The Nano Group, Inc.; Inframat Corporation; U.S. Nanocorp, Inc.; and Inframat Advanced Materials, LLC (collectively "The Companies") through their authorized representatives, as part of the civil settlement reached between the United States and The Companies (collectively, the "Parties") in the above-captioned matter.

1. This Stipulated Judgment was executed contemporaneously with the Parties' "Settlement Agreement" and "Security Interest Agreement" ("Security Agreement"), the terms of which are incorporated in full into this Stipulated Judgment.

2. Under the terms of the Settlement Agreement, The Companies agreed to pay the United States $436,050.00 (the "Settlement Amount") in civil settlement of the matter. The United States acknowledges that the sum of $10,739.00 has already been paid to the Inframat Corp./Nano Corp./Inframat Advanced Materials 401(k) Plan, leaving $425,311.00 (hereinafter the "Remaining Settlement Amount"), plus interest, to be paid to the United States as follows:

1

   a. In sixty (60) monthly installments (the "Installment Payments"), beginning on January 10, 2013 and ending on December 10, 2017. Within thirty (30) days of the last Installment Payment, a balloon payment ("Balloon Payment") will be due.

   b. Compound interest shall accrue monthly on the Remaining Settlement Amount pursuant to the rate of return for the Medicare Trust Fund ("MTF"). The rate applicable to the Remaining Settlement Amount is 1.375%, the MTF rate of return for July 2012. Assuming timely payment of all Installment Payments and the Balloon Payment, the total interest that will accrue on the Remaining Settlement Amount shall be $18,741.50.

   c. Each of the sixty (60) Installment Payments plus monthly interest shall be in the amount of $5,603.09. The Balloon Payment shall be in the amount of $107,500.00. The payment schedule for the Installment Payments and the Balloon Payment is set forth on Attachment 1 to the Settlement Agreement.

   d. Monthly Installment Payments are due on the tenth (10th) day of each month, payable by check, money order, or electronic funds transfer to:

> United States Attorney's Office
> c/o Financial Litigation Unit
> 157 Church Street, 25th Floor
> New Haven, CT 06510

In the alternative, Installment Payments may be paid by electronic funds transfer pursuant to instructions to be provided by the Financial Litigation Unit in the United States Attorney's Office.

   e. The Balloon Payment must be paid by electronic funds transfer pursuant to instructions to be provided by the Financial Litigation Unit in the United States Attorney's Office.

   f. The Companies may, at their discretion, accelerate payment of the Installment Payments and the Balloon Payment at any time during the payment schedule, but any additional amounts paid shall only reduce the outstanding balance of the Remaining Settlement Amount and do not permit The Companies to skip any upcoming Installment Payments.

   3. The Companies will have certain rights as follows as to notice of default, and the curing of default, regarding untimely payment of the Installment Payments or the Balloon Payment:

   (a) If any of the Installment Payments or the Balloon Payments is not made within fifteen (15) days of the date on which it is due, then The Companies will be deemed to be in default, and The Companies will have an additional fifteen (15) days, after the date on which written notice is sent by certified mail to The Companies by the United States, to cure the default before the unpaid balance outstanding on the Installment Payments and the Balloon Payment will immediately become due and payable by The Companies.

   (b) Written notice of default(s) will be mailed to The Companies at 151 Progress Drive, Manchester, CT 06042, or at any other address designated by The Companies in writing subsequent to the execution of this Stipulated Judgment. All notices of change of address must be sent by The Companies by certified mail to: United States Attorney's Office, c/o Financial Litigation Unit, 157 Church Street (25th Floor), New Haven, CT 06510.

   (c) Except as provided above in subsections (b) and (c) of this paragraph, there are no express rights regarding notice and cure of the "Events of Default" set forth in paragraph 9 of the Parties' Security Agreement, which has been incorporated herein. *See* para. 1 *supra*.

   4. (a) If it becomes necessary for the United States to pursue collection efforts for (i) any sum due and owing as a result of an uncured default on the Installment Payments and/or the

Balloon Payment, (ii) or for any of the "Events of Default" set forth in the Parties' Security Agreement, then the United States may pursue such collection efforts against The Companies. The United States agrees that any collection efforts resulting from instances of default included in this paragraph will be limited to collection of the unpaid outstanding balance on the Installment Payments and/or the Balloon Payment.

(b) In the event of an uncured default on the Installment Payments and/or Balloon Payment, or as the result of any Events of Default, The Companies agree (i) to timely complete in full a sworn, standard-form government financial affidavit to be provided to The Companies by the United States Attorney's Office; (ii) to be enrolled in the United States Treasury's Offset Program ("TOP"), and (iii) to waive any rights to notice and demand for collection purposes under the Federal Debt Collection Procedures Act, 28 U.S.C. 3001 *et seq.*

(c) In the event that it shall be determined by a court of competent jurisdiction (i) that The Companies have defaulted in making any Installment Payment and/or the Balloon Payment and have failed to cure such default within the fifteen (15) day cure period after the date of written notice to The Companies of such default as set forth above in paragraphs 3 and 4, or (ii) that The Companies have defaulted pursuant to any of the Events of Default set forth in paragraph 9 of the Security Agreement, judgment shall enter against The Companies jointly and severally in the amount of $436,050.00, less any payments received, plus court costs, attorney's fees, interest, and other expenses incurred in the enforcement of the provisions of the Settlement Agreement, the Security Agreement, this Stipulated Judgment, and/or any judgment or decree incorporating any or all of the provisions thereof.

5. The United States and The Companies further agree that the Stipulated Judgment will be held in escrow by the United States, to be filed with the Court only in the event of a default

pursuant to paragraph 3 above, which filing shall be accompanied by an affidavit from the United States identifying the instance(s) of default; that notice of the default, if required, was given under the terms of this Stipulated Judgment; that the default was not cured, if applicable, within fifteen (15) days following notice; and that the amount of the remaining unpaid balance of the Installment Payments and/or the Balloon Payment is owed under this Stipulated Judgment. Any and all filings made pursuant to this paragraph of the Stipulated Judgment shall be served on The Companies at 151 Progress Drive, Manchester, CT 06048, or at any other address designated by The Companies pursuant to the procedure set forth above in paragraph 3.

6. The United States also agrees to return the original of the Stipulated Judgment to The Companies at the time the Installment Payments and the Balloon Payment are paid in full.

7. This Stipulated Judgment may be executed in counterparts, each of which constitutes an original and all of which constitute one and the same Stipulated Judgment. Facsimiles of signatures shall constitute acceptable, binding signatures for purposes of this Stipulated Judgment.

WHEREFORE, The Companies stipulate to judgment as set forth herein for any remaining unpaid balance of the Installment Payments and/or the Balloon Payment due and owing as a result of an uncured default on such payments or for the occurrence of any of the Events of Default set forth in the Parties' Security Agreement.

In Witness Whereof, the United States and The Companies, through their duly authorized representatives, hereunder set their hands.

ON BEHALF OF THE UNITED STATES OF AMERICA

DAVID B. FEIN
UNITED STATES ATTORNEY

Dated: 11/20/12        By: _____
                            WILLIAM A. COLLIER
                            ASSISTANT U.S. ATTORNEY
                            HARTFORD, CT

ON BEHALF OF THE COMPANIES

Dated: 11/13/12        By: _____
                            Nicholas Vlahos
                            General Manager

Dated: 11/13/12        By: _____
                            RICHARD R. BROWN, ESQ.
                            BROWN, PAINDIRIS & SCOTT, LLP
                            HARTFORD, CT
                            AS COUNSEL FOR THE COMPANIES

**SO ORDERED** at Bridgeport, Connecticut this 30th day of April, 2020.

/s/ Kari A. Dooley
United States District Judge